```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant U.S. Attorney
 3  MEGAN A. S. RICHARDS
    Special Assistant U.S. Attorney
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-cr-00137 |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION AND ORDER FOR DISMISSAL |
| JAMES D. BARNETT, | ) |
| Defendant. | ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Megan A. S. Richards, Special Assistant United States Attorney, hereby moves to dismiss the Information filed on May 10, 2012, against James D. Barnett, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: May 23, 2012                BENJAMIN B. WAGNER
                                   United States Attorney


                             By : /s/ Megan A. S. Richards
                                  MEGAN A. S. RICHARDS
                                  Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the Information filed on May 10, 2012, against, against James D. Barnett, be dismissed in the interest of justice.

**Dated: May 24, 2012**          /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE